VERNON A. NELSON, JR., ESQ.
Nevada State Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
vnelson@nelsonlawfirmlv.com
*Attorneys for Plaintiff Michael Cutts*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CUTTS, | Case No.: 2:17-cv-01525-JCM-PAL |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation; CALEB J. LANGSDALE, ESQ. dba The LANGSDALE LAW FIRM, P.C.; and CLIFFORD MOLIN, M.D. a/k/a Zeeba Sleep Center | |
| Defendants. | |

Plaintiff MICHAEL CUTTS and Defendant CALEB J. LANGSDALE, ESQ. DBA THE LANGSDALE LAW FIRM, P.C. ("Langsdale") by and through their counsel, give notice that the Parties have reached an agreement to settle all claims against Langsdale in this litigation. The Parties are preparing settlement documents and releases which will include a Stipulation for Dismissal with Prejudice and an accompanying Order of Dismissal with Prejudice.

///

///

///

///

///

The Parties anticipate the documentation and settlement should be complete within the next sixty (60) days.

DATED this 29th day of June, 2018.

          THE LAW OFFICE OF VERNON NELSON

By:    */s/Vernon Nelson*
VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
9480 S. Eastern Avenue, Suite 252
Las Vegas, NV 89123
Tel: 702-476-2500
Fax: 702-476-2788
E-Mail: vnelson@nelsonlawfirmlv.com
*Attorneys for Plaintiff Michael Cutts*

**IT IS ORDERED** that the settling parties shall have until **August 29, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when a stipulation to dismiss will be filed.

Dated: July 3, 2018

_____
Peggy A. Leen
United States Magistrate Judge