STEPHEN J. ERIGERO (SBN 11562)
TIMOTHY J. LEPORE  (SBN 13908)
ROPERS, MAJESKI, KOHN & BENTLEY
3753 Howard Hughes Pkwy., Suite 200
Las Vegas, NV 89169
Telephone:     (702) 954-8300
Facsimile:      (213) 312-2001
Email:          stephen.erigero@rmkb.com
                timothy.lepore@rmkb.com

Attorneys for Defendant
THE LANGSDALE LAW FIRM, P.C.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Las Vegas

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL CUTTS,

                        Plaintiff,

v.

RICHLAND HOLDINGS, INC. d/b/a
ACCTCORP OF SOUTHERN NEVADA, a
Nevada Corporation; CALEB J.
LANGSDALE, ESQ. dba The LANGSDALE
LAW FIRM, P.C.; and CLIFFORD MOLIN,
M.D. a/k/a Zeeba Sleep Center

                        Defendants.

Case No.  2:17-cv-01525-JCM-PAL

**STIPULATION AND ORDER FOR
DISSMISAL WITH PREJUDICE OF
DEFENDANT THE LANGSDALE LAW
FIRM, P.C.**

IT IS HEREBY STIPULATED AND AGREED by and between Defendant The Langsdale Law Firm, P.C., through its attorney of record, Timothy J. Lepore of Ropers Majeski Kohn & Bentley, P.C., and Plaintiff Michael Cutts, through his attorneys of record, Vernon Nelson and Melissa Ingleby of the Law Offices of Vernon Nelson, that the Court dismiss the above-captioned action with prejudice against Langsdale Law Firm, P.C. pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), with each party bearing its attorney's fees and costs.

Dated this 4th day of October, 2018.

ROPERS, MAJESKI, KOHN & BENTLEY

/s/ Timothy J. Lepore
STEPHEN J. ERIGERO, ESQ.
Nevada Bar No. 11562
TIMOTHY J. LEPORE, ESQ.
Nevada Bar No. 13908
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169

*Attorneys for Defendant*
*The Langsdale Law Firm, P.C.*

Dated this 4th day of October, 2018.

LAW OFFICE OF VERNON NELSON

/s/ Melissa Ingleby
VERNON A. NELSON, JR., ESQ.
Nevada Bar No. 6434
MELISSA INGLEBY
Nevada Bar No. 12935
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123

*Attorneys for Plaintiff Michael Cutts*

**IT IS SO ORDERED:**

Dated October 11, 2018.

_____
UNITED STATES DISTRICT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
Las Vegas

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on this 4th day of October, 2018, I served a true and correct copy of

3  the foregoing **STIPULATION AND ORDER FOR DISSMISAL WITH PREJUDICE OF**

4  **DEFENDANT THE LANGSDALE LAW FIRM, P.C.** via the Court's CM/ECF electronic

5  filing and service system to all parties on the current service list.

6                          */s/ Peggy Kurilla*
                          Peggy Kurilla, an employee of
7                          ROPERS, MAJESKI, KOHN & BENTLEY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Las Vegas