# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Michael Cutts, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | FOR ATTORNEY'S FEES |
| v. | Case Number:  2:17-cv-01525-JCM-PAL |
| Richland Holdings, Inc., et al., | |
| Defendants. | |

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that attorneys fees are awarded in favor of Defendants, Clifford Molin and Richland Holdings, Inc., in the amount of $50,239.50.

| | |
|---|---|
| 2/13/2019 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ M. Reyes |
| | Deputy Clerk |